# United States Bankruptcy Court
### District of Nevada

In re  **Vernon B Pomeroy**
       **Nelly G Pomeroy**
                                                    Debtor(s)

Case No.  **09-29830**
Chapter   **7**

## Notice of Change of Address

Debtor's Social Security Number:         **xxx-xx-8541**

Joint Debtor's Social Security Number:   **xxx-xx-8000**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:                **Vernon B Pomeroy and Nelly G Pomeroy**

Street:              **6250 W. Flamingo #23**

City, State and Zip: **Las Vegas, NV 89103**

Telephone #:

**Please be advised that effective _____, 20___,
my (our) new mailing address and telephone number is:**

Name:                **Vernon B Pomeroy and Nelly G Pomeroy**

Street:              **6250 W. Flamingo Rd. Apt 23**

City, State and Zip: **Las Vegas, NV 89103**

Telephone #:

   **/s/ Vernon B Pomeroy**
   **Vernon B Pomeroy**
   Debtor

   **/s/ Nelly G Pomeroy**
   **Nelly G Pomeroy**
   Joint Debtor